**Order entered April 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01345-CR

**TIMOTHY ALEXANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-34377-N**

## ORDER

The Court **DENIES** appellant's April 25, 2013 motion to dismiss counsel and proceed pro se. *See Martinez v. Court of Appeals of Cal., Fourth Appellate Dist.*, 528 U.S. 152 (2000).

The Court **DENIES** appellant's April 25, 2013 pro se motion amended motion to supplement the record. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).

/s/     DAVID EVANS
        JUSTICE